**DISMISS and Opinion Filed January 7, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-01096-CR**
**No. 05-21-01097-CR**
**No. 05-21-01098-CR**

**KODY LYNNCLAY BLEVINS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-70163-V, F21-70164-V & F21-70162-V**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court are appellant's December 23, 2021 motions to withdraw his appeals. The motions are signed by appellate counsel and appellant. *See* TEX. R. APP. P. 42.2(a). We grant the motions and dismiss these appeals.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
211096F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KODY LYNNCLAY BLEVINS,
Appellant

No. 05-21-01096-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-70163-V.
Opinion delivered by Chief Justice
Burns. Justices Myers and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 7, 2022



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KODY LYNNCLAY BLEVINS,
Appellant

No. 05-21-01097-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-70164-V.
Opinion delivered by Chief Justice
Burns. Justices Myers and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 7, 2022



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KODY LYNNCLAY BLEVINS,
Appellant

No. 05-21-01098-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-70162-V.
Opinion delivered by Chief Justice
Burns. Justices Myers and Nowell
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 7, 2022